UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                    Chapter 7
Charles Robin Nathe,                                                          BKY Case No. 10-43124-NCD
               Debtor.

**NOTICE OF SETTLEMENT OR COMPROMISE**

To:    The United States Trustee, all creditors and other parties in interest.

On **September 28, 2010**, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

    Debtor has the following non-exempt equity valued at $36,690.00 (Valued at $111,500.00 less Secured Claim of $74,810.00) in a property described as follows: Rental Property located at 806 - 7th Avenue S., St Cloud, MN 56303 which is legally described as: Bowes, James Addn S 34' of W 6' of FR'L Lot 8, Blk 51, Curtis Survey, & FR'L Lot 8 Blk 51 PIN: 82.44447.0000 County of Stearns, State of Minnesota with the value based on the 2009 Property Tax Statement. The debtor and the trustee have entered into an agreement whereby the debtor will pay the trustee $7,500.00 to resolve the issue of the above-described non-exempt equity in the property.

    Based upon the uncertainties and costs involved in liquidating the assets, the trustee believes that this settlement is in the best interest of the bankruptcy estate.

**OBJECTION: MOTION:: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 300 So. 4th St. | 300 So. 4th St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  September 7, 2010.                             /e/ J. Richard Stermer
                                                                         J. Richard Stermer, Trustee
                                                                         P. O. Box 445
                                                                         Montevideo, MN 56265
                                                                         Telephone: (320) 321 - 1288