UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  CHAPTER 7

Charles Robin Nathe,  BKY CASE NO.  10-43124-NCD

        Debtor.

**ORDER APPROVING SETTLEMENT**

      This case is before the court on the trustee's Notice of Settlement or Compromise for an order approving a settlement with the debtor.  No objection having been filed, and based upon the Notice of Settlement or compromise and the file,

      IT IS ORDERED: The settlement described in the Notice of Settlement dated September 7, 2010, is approved.

Dated:  September 28, 2010

/e/ Nancy C. Dreher

Nancy C. Dreher, Chief Judge
United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/28/2010*
Lori Vosejpka, Clerk, by KK